■ In the Matter of ENRIQUE RIVERA, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants.

1044

Present — Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ.